1

```
 1                   UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF NEW YORK

 3
     - - - - - - - - - - - - - X      23-MJ-1115
 4   UNITED STATES OF AMERICA,
                 Plaintiff
 5
              Vs.                     Buffalo, New York
 6   SIMON GOGOLACK,                  August 30, 2023
                 Defendant
 7   - - - - - - - - - - - - - X

 8
                     TRANSCRIPT OF DETENTION HEARING
 9            BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
                   UNITED STATES MAGISTRATE JUDGE
10

11                   U.S. ATTORNEY'S OFFICE - BUFFALO
                     BY: NICHOLAS COOPER, ESQ.
12                   138 Delaware Avenue
                     Buffalo, New York 14202
13                   Appearing on behalf of the Plaintiff

14                   ROBERT J. BOLM, ESQ.
                     125 Main Street
15                   Buffalo, New York 14203
                     Appearing on behalf of the Defendant

16

17

18

19

20

21
     COURT REPORTER:Brandi A. Wilkins
22                  scalisba@gmail.com
                    Kenneth B. Keating Federal Building
23                  100 State Street, Room 2120
                    Rochester, New York 14614

24

25
```

2

```
 1                THE CLERK:  All rise.
 2                THE COURT:  Good afternoon.  Please be
 3    seated.
 4                THE CLERK:  We are on the record in the
 5    matter of United States of America versus Simon
 6    Gogolack, criminal matter number 23-MJ-1115.  We're
 7    here for a detention hearing.  For the Government we
 8    have AUSA Nicholas Cooper.  The defendant is present
 9    with attorney Robert Bolm.  From the United States
10    Probation Office, we have Officer Brian Mamizuka.  The
11    Honorable Jeremiah J. McCarthy presiding.
12                THE COURT:  Good afternoon everyone.
13                MR. COOPER:  Good afternoon, Your Honor.
14                THE COURT:  Mr. Bolm, welcome.  Sir?
15                MR. BOLM:  Okay. Oh, welcome.  Yeah.  I'm
16    hard of hearing, Your Honor.
17                THE COURT:  All right.  Sir, are you
18    admitted to practice in this court?
19                MR. BOLM:  In federal court, yes, sir.
20                THE COURT:  You are?  Okay.  Because our
21    records --
22                MR. BOLM:  From 19, oh, 67 or 68.
23                THE COURT:  In this court?
24                MR. BOLM:  Yeah, federal court.
25                THE COURT:  Are you fully retained to
```

1    represent Mr. Gogolack?
2             MR. BOLM:  Yes.
3             THE COURT:  Okay.  Counsel, have you both
4    received today's pre-trial services report?
5             MR. COOPER:  Yes, Judge.
6             MR. BOLM:  Yes.
7             THE COURT:  Okay.  Are we ready to proceed?
8             MR. COOPER:  Yes, Judge.  I would just like
9    to make a brief record before we begin with the
10   detention portion.  Um, there's a voluminous amount of
11   voluntary early discovery that the Government loaded
12   onto a disc and created a letter documenting the
13   contents of the disc, and essentially, everything that
14   I'm going to talk about during the proffer today is
15   contained on the disc and I provided that to defense
16   counsel before Your Honor took the bench, and so, um,
17   I just wanted to make that record that a voluminous
18   amount of early discovery has been turned over um and
19   I guess I would like for counsel to just acknowledge
20   receipt of that material.
21            THE COURT:  Well, let me ask you first.  So
22   are you going to be relying on materials from the disc
23   at today's hearing?
24            MR. COOPER:  Well, I'm going to be
25   proceeding by proffer which the Government does --

4

1  THE COURT: No, I understand, but are you
2  going to be referencing materials that are on the disc
3  in today's proffer?
4  MR. COOPER: Absolutely, Judge.
5  THE COURT: All right. He hasn't had a
6  chance to look at the disc or download anything from
7  it?
8  MR. COOPER: Correct, Judge. The Government
9  has been in contact with him since last week, and I
10 don't want to get into reasons why it wasn't able to
11 be provided earlier on the record right now if counsel
12 wants tom but it's -- the material ease have been
13 available. The easiest way to convey it to counsel
14 was to hand it to him when he appeared in court today,
15 so that's what I did.
16 THE COURT: You --
17 MR. COOPER: But the material has been
18 available. I spoke with him last week.
19 THE COURT: Okay. All right.
20 (There was a pause in the proceeding.)
21 THE COURT: Mr. Bolm, are you ready to
22 proceed today or do you need an adjournment?
23 MR. BOLM: I would need an adjournment, Your
24 Honor.
25 THE COURT: How much time do you need?

                                                                5

1              MR. BOLM:  Oh, just a couple weeks.
2              THE COURT:  A couple weeks?  You understand
3    that --
4              MR. BOLM:  Oops.  Pardon?
5              THE COURT:  You understand that Mr. Gogolack
6    will remain detained until we have a hearing.  Do you
7    understand that, sir?
8              MR. BOLM:  Right, yeah.
9              THE COURT:  All right.  When do you want to
10   hold a hearing?
11             MR. BOLM:  Well, let's push for a week.
12   Let's do that.
13             THE COURT:  Okay.  Um, Joanna, how about a
14   week from today would be September 6.
15             MR. BOLM:  Okay.  Let me get this.  Okay.
16             THE CLERK:  Judge, you have 1:00 available.
17             MR. BOLM:  Okay.  Now, what's the date we
18   got?
19             THE COURT:  September 6 at 1:00 if that's
20   good for everyone.
21             MR. BOLM:  September 6 at 1:00?  That's
22   good.
23             THE COURT:  Mr. Cooper, is that okay with
24   you?
25             MR. COOPER:  Everything works for the

Case 1:23-mj-01115-JJM   Document 12   Filed 02/27/24   Page 6 of 7

6

1    Government, Judge.
2              THE COURT:  Okay.  Mr. Mamizuka, will you be
3    available then or someone from your office?
4              OFFICER MAMIZUKA:  Yes, Judge.
5              THE COURT:  All right.  Then we'll continue
6    the hearing until September 6 at 1 p.m.  Defendant
7    will be remanded.  I just encourage counsel to, and
8    I'm sure you have, but to communicate with each other
9    so that we have all the logistics in place to go
10   forward a week from today.
11             MR. COOPER:  And Judge, if I could just
12   address that briefly.  To the extent that the
13   discoverable material I provided is on a cd, if
14   counsel is having trouble opening what's on the cd or
15   viewing it, you are invited to come to the U.S.
16   Attorney's Office and I'll load up a computer and we
17   can watch through it all together so you'll see
18   everything.  Just call me.  You have my cell phone
19   number; right?
20             MR. BOLM:  Okay.
21             MR. COOPER:  Okay.  All right.  Thanks,
22   Judge.
23             THE COURT:  All right.  Thank you all.
24             (Proceeding concluded at 2:43 p.m.)
25

7

**CERTIFICATE OF COURT REPORTER**

I certify that this is a true and accurate record of proceedings in the United States District Court for the Western District of New York before the Honorable Jeremiah J. McCarthy on August 30, 2023.

S/ Brandi A. Wilkins
Brandi A. Wilkins
Official Court Reporter